

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00131-CV

_____

IN RE JOHNATHAN COOPER, Relator

Original Proceeding
297th District Court of Tarrant County, Texas
Trial Court No. 1031532D

Before Birdwell, Kerr, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered all of the filings in this original proceeding, including the State's March 28, 2024 response indicating that the trial court has ruled on relator's motion. The court is of the opinion that relief should be denied as moot. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: April 1, 2024